# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| DANIEL L SIEGEL | § § | Case No. 17-01912 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/23/2017 . The undersigned trustee was appointed on 01/23/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $  15,000.52

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3,481.25 |
   | Bank service fees | 157.98 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 11,361.29 |

   The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/05/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.05 , for a total compensation of $ 2,250.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/14/2018                    By:/s/Miriam R. Stein
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-01912 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | Miriam R. Stein |
| Case Name: | DANIEL L SIEGEL | | | | Date Filed (f) or Converted (c): | 01/23/2017 (f) |
| | | | | | 341(a) Meeting Date: | 02/21/2017 |
| For Period Ending: | 12/14/2018 | | | | Claims Bar Date: | 06/05/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vehicle - Toyota Highlander | 4,500.00 | 2,250.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. ELECTRONICS | 200.00 | 200.00 | | 0.00 | FA |
| 4. CLOTHING | 200.00 | 200.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT WITH SON | 150.00 | 150.00 | | 0.00 | FA |
| 6. CHECKING | 150.00 | 150.00 | | 0.00 | FA |
| 7. CHECKING - JOHNSON BANK - WISCONSIN | 150.00 | 150.00 | | 0.00 | FA |
| 8. STOCK - GLENSHORE CONSULTANTS, INC. | Unknown | 0.00 | | 15,000.52 | FA |
| 9. PENSION - AON PENSION PLAN | Unknown | 0.00 | | 0.00 | FA |
| 10. REVOCABLE TRUST TO HOLD INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN INSURANCE POLICIES - NW MUTUAL | 0.00 | 0.00 | | 0.00 | FA |
| 12. INTEREST IN INSURANCE POLICIES - NW MUTUAL | 0.00 | 0.00 | | 0.00 | FA |
| 13. Accounts Receivable (u) | 0.00 | 30,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $7,350.00        $35,100.00        $15,000.52        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Debtor to collect approximately $30,000 on outstanding A/R.
Trustee to issue subpoena for documents relating to A/R check. Debtor non-responsive to requests to date.
Debtor submitted documents showing collections of approx $6,000 from A/R but disputed that its property of Estate.
Trustee in discussions with Debtor to settle potential equity in vehicle - 12/4/17
Trustee negotiating sale of A/R to debtor for $15,000 to $20,000 - 12/26/17.
Trustee filed Motion to Approve Settlement re sale of Glenshore Assets to Debtor for $15,000 payable over time through 9/5/18.
Debtor made final payment of settlement on 4/16/18.
Trustee to have accountant prepare final return and close case.
11/4/18 - Accountant preparing final return.

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | Mildred Siegel and Robert Siegel |
| RE PROP # | 12 | -- | Daniel Siegel as Trustee for Daniel Siegel Revocable Trust |
| RE PROP # | 13 | -- | Relates to funds owed to Glenshore Consultants - value shown in connection with Glenshore Consultants. |

Initial Projected Date of Final Report (TFR): 12/29/2017     Current Projected Date of Final Report (TFR): 12/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-01912 | Trustee Name: Miriam R. Stein |
| Case Name: DANIEL L SIEGEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8853 |
| | Checking |
| Taxpayer ID No: XX-XXX8331 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/18 | 8 | Daniel Siegel<br>252 Gage Road<br>Riverside, IL 60546 | Accounts Receivable<br>Trustee settled with Debtor to pay $15,000 to purchase A/R due from Instec to Glenshore Consultants. Check is down payment toward the $15,000. | 1129-000 | $1,000.00 | | $1,000.00 |
| 01/31/18 | 8 | Daniel Siegel<br>252 Gage Road<br>Riverside, IL 60546 | Accounts Receivable<br>Second $1,000 payment toward Settlement with Debtor for $15,000 relating to purchase of Glenshore Consultants A/R | 1129-000 | $1,000.00 | | $2,000.00 |
| 02/20/18 | 8 | Daniel Siegel<br>Money Order | Settlement Payment<br>Partial Settlement Payment of settled A/R owned by Glenshore Consultants | 1129-000 | $650.00 | | $2,650.00 |
| 02/20/18 | 8 | Insted<br>1811 Center Point CR, Suite 115<br>Naperville, IL 60563 | Accounts Receivable<br>Collection of A/R from Glenshore Consultants (partial payment of settlement with Debtor) | 1129-000 | $9,350.52 | | $12,000.52 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,990.52 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $11,972.70 |
| 04/16/18 | 8 | Daniel Siegel<br>252 Gage Road<br>Riverside, IL 60546 | Final payment of settlement of collected A/R from Glenshore Consultants | 1129-000 | $3,000.00 | | $14,972.70 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.24 | $14,953.46 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.23 | $14,931.23 |
| 06/13/18 | 101 | Zane Zielinski, P.C.<br>6336 North Cicero; Suite 201<br>Chicago, Illinosi 6046 | ORDER DATED 5/24/18 - First and Final Fee Application | | | $3,231.25 | $11,699.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $15,000.52     $3,300.54

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-01912 | Trustee Name: Miriam R. Stein |
| Case Name: DANIEL L SIEGEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8853 |
| | Checking |
| Taxpayer ID No: XX-XXX8331 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/14/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Zane Zielinski, P.C. | | ($3,185.00) | 3210-000 | | |
| | | Zane Zielinski, P.C. | | ($46.25) | 3220-000 | | |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.93 | $11,680.05 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.37 | $11,662.68 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.34 | $11,645.34 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.76 | $11,628.58 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.29 | $11,611.29 |
| 11/08/18 | 102 | Illinois Department Of Revenue P.O. Box 19053 Springfield, IL 62794-9053 | Taxes income tax due to IDOR relating to collection of A/R from LLC owned by Debtor. | 2820-000 | | $250.00 | $11,361.29 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,000.52 | $3,639.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.52 | $3,639.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,000.52 | $3,639.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $0.00        $338.69

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8853 - Checking | $15,000.52 | $3,639.23 | $11,361.29 |
| | $15,000.52 | $3,639.23 | $11,361.29 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.52 |
| Total Gross Receipts: | $15,000.52 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-01912  
Debtor Name: DANIEL L SIEGEL  
Claims Bar Date: 6/5/2017

Date: December 14, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $2,250.05 | $2,250.05 |
| 100 2820 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Administrative | | $0.00 | $0.00 | $250.00 |
| 100 3210 | Zane Zielinski, P.C.<br>6336 North Cicero; Suite 201<br>Chicago, Illinosi 6046 | Administrative | | $0.00 | $3,185.00 | $3,185.00 |
| 100 3220 | Zane Zielinski, P.C.<br>6336 North Cicero; Suite 201<br>Chicago, Illinosi 6046 | Administrative | | $0.00 | $46.25 | $46.25 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application | $0.00 | $1,705.00 | $1,705.00 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application - Expenses. | $0.00 | $21.10 | $21.10 |
| 1 270 5700 | SYLVIA RAITH<br>728 ARLINGTON ROAD<br>RIVERSIDE, IL 60546 | Priority | | $100,000.00 | $100,000.00 | $100,000.00 |
| 3P 300 5800 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $360,000.00 | $124,171.72 | $124,171.72 |
| 14P 300 5800 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority | | $25,000.00 | $12,012.67 | $12,012.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-01912  
Debtor Name: DANIEL L SIEGEL  
Claims Bar Date: 6/5/2017  

Date: December 14, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $1,195.48 | $1,195.48 | $1,195.48 |
| 3U 300 7100 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $248,008.09 | $248,008.09 |
| 4 300 7100 | MERRICK BANK<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $2,439.73 | $2,367.76 | $2,367.76 |
| 5 300 7100 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Unsecured | | $1,958.46 | $1,958.46 | $1,958.46 |
| 6 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $2,051.04 | $2,051.04 | $2,051.04 |
| 7 300 7100 | MILLER SHAKMAN AND BEEM<br>180 N. LASALLE<br>SUITE 3600<br>CHICAGO, IL 60601 | Unsecured | | $1,000.00 | $1,000.50 | $1,000.50 |
| 8 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $1,896.45 | $1,931.29 | $1,931.29 |
| 9 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $1,060.79 | $1,060.79 | $1,060.79 |
| 10 300 7100 | JAMES A. KELLOGG<br>1905 BRISTLECONE DR.<br>HARTLAND, WI 53029 | Unsecured | | $25,000.00 | $25,000.00 | $25,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-01912
Debtor Name: DANIEL L SIEGEL
Claims Bar Date: 6/5/2017

Date: December 14, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | KIRBY MONTGOMERY 809 MERCHANT LEE COURT MANAKIN SABOT, VA 23103 | Unsecured | | $3,000.00 | $2,000.00 | $2,000.00 |
| 12 300 7100 | ALASTAIR C/O NICOLL & JAMIE BURNS 10 NW RUSSION VILLAGE KILGUADE, COWICKLOW, IRELAND | Unsecured | | $7,500.00 | $5,000.00 | $5,000.00 |
| 13 300 7100 | BMO HARRIS BANK N.A. PO BOX 2035 MILWAUKEE, WI 53201 | Unsecured | | $4,944.54 | $31.98 | $31.98 |
| 14U 300 7100 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Unsecured | | $0.00 | $14,497.52 | $14,497.52 |
| 3S 400 4300 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Secured | | $0.00 | $7,350.00 | $7,350.00 |
| | Case Totals | | | $537,046.49 | $556,844.70 | $557,094.70 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3    Printed: December 14, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01912
Case Name: DANIEL L SIEGEL
Trustee Name: Miriam R. Stein

Balance on hand $ 11,361.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | INTERNAL REVENUE SERVICE | $ 7,350.00 | $ 7,350.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 11,361.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 2,250.05 | $ 0.00 | $ 2,250.05 |
| Attorney for Trustee Fees: Zane Zielinski, P.C. | $ 3,185.00 | $ 3,185.00 | $ 0.00 |
| Attorney for Trustee Expenses: Zane Zielinski, P.C. | $ 46.25 | $ 46.25 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 1,705.00 | $ 0.00 | $ 1,705.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 21.10 | $ 0.00 | $ 21.10 |
| Other: Illinois Department of Revenue | $ 250.00 | $ 250.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,976.15

Remaining Balance $ 7,385.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 236,184.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SYLVIA RAITH | $ 100,000.00 | $ 0.00 | $ 7,385.14 |
| 3P | INTERNAL REVENUE SERVICE | $ 124,171.72 | $ 0.00 | $ 0.00 |
| 14P | ILLINOIS DEPARTMENT OF REVENUE- BANKRUPTCY | $ 12,012.67 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 7,385.14 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 306,102.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $ 1,195.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3U | INTERNAL REVENUE SERVICE | $ 248,008.09 | $ 0.00 | $ 0.00 |
| 4 | MERRICK BANK | $ 2,367.76 | $ 0.00 | $ 0.00 |
| 5 | AMERICAN EXPRESS BANK, FSB | $ 1,958.46 | $ 0.00 | $ 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | $ 2,051.04 | $ 0.00 | $ 0.00 |
| 7 | MILLER SHAKMAN AND BEEM | $ 1,000.50 | $ 0.00 | $ 0.00 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,931.29 | $ 0.00 | $ 0.00 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 1,060.79 | $ 0.00 | $ 0.00 |
| 10 | JAMES A. KELLOGG | $ 25,000.00 | $ 0.00 | $ 0.00 |
| 11 | KIRBY MONTGOMERY | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 12 | ALASTAIR C/O NICOLL & JAMIE BURNS | $ 5,000.00 | $ 0.00 | $ 0.00 |
| 13 | BMO HARRIS BANK N.A. | $ 31.98 | $ 0.00 | $ 0.00 |
| 14U | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | $ 14,497.52 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $      0.00

Remaining Balance       $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE